1
2
3
4

# UNITED STATES DISTRICT COURT

5

## DISTRICT OF NEVADA

6
7
8
9
10
11

| RONNIE L. McDANIEL, | ) | |
|---|---|---|
| Plaintiff, | ) | 2:08-cv-01106-RCJ-PAL |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| STATE OF NEVADA PAROLE BOARD, | ) | |
| Defendant. | ) | |

12      Before the Court for consideration is the Report of Findings and Recommendation

13   of Magistrate Judge Peggy A. Leen, entered December 10, 2008 (#4).  No objections

14   have been filed.

15      The Court has conducted a review of the record in this case and determines that

16   the Report of Findings and Recommendation of the United States Magistrate Judge

17   entered December 10, 2008, should be affirmed.

18      IT IS THEREFORE ORDERED that Magistrate Judge Leen's Report of Findings

19   and Recommendation (#4) be affirmed and adopted, and that this case shall be

20   **DISMISSED without prejudice** for Plaintiff's failure to file an amended complaint

21   within 30 days.

22      DATED: February 12, 2009

23
24   _____
     UNITED STATES DISTRICT COURT
25